**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| HENRY FORD HOSPITAL, HENRY FORD HEALTH JACKSON HOSPITAL, HENRY FORD ST. JOHN HOSPITAL, and HENRY FORD HEALTH WYANDOTTE HOSPITAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS HEALTH CORPORATION, CAREMARKPCS HEALTH, LLC, CAREMARK, LLC d/b/a CVS SPECIALTY, WELLPARTNER, LLC, and JOHN DOES 1-15,<br><br>Defendants. | : : : : : : : : : : : : | Case No. 2:26-cv-12435-MFL-DRG<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Matthew J. Modafferi, of the law firm of Frier & Levitt, LLC, hereby enters his appearance as counsel of record on behalf of Plaintiffs, HENRY FOR HOSPITAL, HENRY FORD HEALTH JACKSON HOSPITAL, HENRY FORD ST. JOHN HOSPITAL, and HENRY FORD

HEALTH WYANDOTTE HOSPITAL, in the above-captioned matter. Pursuant to E.D. Mich. LR 83.25(a), the undersigned's contact information is set forth below.

All pleadings, notices, and other documents in this matter should be served upon undersigned counsel through the Court's Electronic Case Filing (ECF) system.

DATED: July 22, 2026

Respectfully submitted,

**FRIER LEVITT, LLC**

/s/ Matthew J. Modafferi
Matthew J. Modafferi
One World Trade Center
285 Fulton Street
45th Floor, Suite 45E
New York, NY 10007
mmodafferi@frierlevitt.com
(646) 970-2711
*Counsel for Plaintiffs*