MIE (Rev. 9/09) Order Regarding Reassignment of Companion Case - Civil

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Henry Ford Hospital, et al.,

                    Plaintiff(s),                  Case No.  26-cv-12435

v.                                      Honorable  Matthew F. Leitman

CVS Health Corporation, et al.,           Magistrate Judge  David R. Grand

                    Defendant(s).

                                                /

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

       This case appears to be a companion case to Case No. _____26-cv-11618_____.  Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Susan K. DeClercq_____ and Magistrate Judge _Curtis Ivy, Jr._____.

                                  s/Matthew F. Leitman_____
                                  Matthew F. Leitman
                                  United States District Judge

                                  s/Susan K. DeClercq_____
                                  Susan K. DeClercq
                                  United States District Judge

       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
       Case type: _CIVIL_____

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: _July 23, 2026_____        s/N. Ahmed_____
                                         Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Susan K. DeClercq