**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| HENRY FORD HOSPITAL, HENRY FORD HEALTH JACKSON HOSPITAL, HENRY FORD ST. JOHN HOSPITAL, and HENRY FORD HEALTH WYANDOTTE HOSPITAL,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, CAREMARKPCS HEALTH, LLC, CAREMARK, LLC d/b/a CVS SPECIALTY, WELLPARTNER, LLC, and JOHN DOES 1-15,<br><br>Defendants. | Case No. 2:26-cv-12435<br><br>Hon. Susan K. DeClercq<br><br>Magistrate Judge Curtis Ivy, Jr. |

**APPEARANCE**

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Roger P. Meyers of the law firm of Bush Seyferth PLLC on behalf of Defendants CVS Health Corporation, CaremarkPCS Health, LLC, Caremark, LLC d/b/a CVS Specialty, Inc, Wellpartner, LLC, and John Does 1-15 in the above referenced matter.

**BUSH SEYFERTH PLLC**
Attorneys for Defendants

By: /s/ *Roger P. Meyers*
Roger P. Meyers (P73255)
100 W. Big Beaver Rd. Suite 400
Troy, MI 48084
(248) 822-7800
meyers@bsplaw.com

Dated: August 4, 2026

# NOTICE OF APPEARANCE

TO: All Counsel of Record

PLEASE TAKE NOTICE that Roger P. Meyers of the law firm of Bush Seyferth PLLC has this date entered an Appearance on behalf of Defendants CVS Health Corporation, CaremarkPCS Health, LLC, Caremark, LLC d/b/a CVS Specialty, Inc, Wellpartner, LLC, and John Does 1-15 in the above referenced matter.

**BUSH SEYFERTH PLLC**
Attorneys for Defendants

By: /s/ *Roger P. Meyers*
Roger P. Meyers (P73255)
100 W. Big Beaver Rd., Suite 400
Troy, MI 48084
(248) 822-7800
meyers@bsplaw.com

Dated: August 4, 2026