AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Henry Ford Hospital, et al.<br>*Plaintiff*<br>v.<br>CVS Health Corporation, et al.<br>*Defendant* | ) | Case No. 2:26-cv-12435 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CVS Health Corporation; CaremarkPCS Health, LLC; Caremark, L.L.C.; Wellpartner, LLC .

Date: 8/04/2026

/s/ Grant Geyerman
*Attorney's signature*

Grant A. Geyerman, DC Bar #502051
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue S.W.
Washington, DC 20024
*Address*

ggeyerman@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*