**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| HENRY FORD HOSPITAL, HENRY FORD HEALTH JACKSON HOSPITAL, HENRY FORD ST. JOHN HOSPITAL, HENRY FORD HEALTH WYANDOTTE HOSPITAL<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, CAREMARKPCS HEALTH, LLC, CAREMARK, L.L.C., WELLPARTNER, LLC, and JOHN DOES 1-15,<br><br>Defendants. | Case No. 2:26-cv-12435<br><br>Hon. Susan K. DeClercq<br><br>Mag. J. Curtis Ivy, Jr. |

**STIPULATED ORDER EXTENDING PAGE LIMITS**

The parties, by their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed a complaint in this action on July 16, 2026. ECF No. 1, PageID.1. Defendants were served on July 17, 2026, making the deadline to file their motion to dismiss August 7, 2026.

2. Given the claims raised in the complaint and the legal issues to be presented in connection with Defendants' forthcoming motion to dismiss, the parties hereby stipulate and agree to enlarge the page limits provided in Local Rule 7.1(d)(3) as follows:

a. The page limits on the parties' opening briefs in support of and opposition to the motion to dismiss shall be enlarged from 25 pages to 40 pages; and

b. The page limit on Defendants' reply brief shall be enlarged from 7 pages to 15 pages.

3. These enhancements on page limits conform with the enhancements the Court has previously endorsed with respect to the related case *University of Michigan Hospitals & Health Centers v. CVS Health Corporation*, 2:26-cv-11618 (SKD-CI).

**SO ORDERED**.

s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Date: August 5, 2026

**Stipulated and Agreed to by:**

*/s/ Matthew Modafferi*
Jonathan E. Levitt, Esq.
Matthew Modafferi, Esq.
Todd Mizeski, Esq.
**FRIER LEVITT LLC**
One World Trade Center
Suite 45E
285 Fulton Street
New York, NY 10007
Telephone: (646) 970-2711

84 Bloomfield Avenue

*/s/ Roger P. Meyers*
Roger P. Meyers (P73255)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Tel./Fax: (248) 822-7800
meyers@bsplaw.com

Grant A. Geyerman, Esq.
Joseph S. Sandoval-Bushur, Esq.

Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973) 618-0650

*Attorneys for Plaintiffs*

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ggeyerman@wc.com
jsandoval-bushur@wc.com
*Attorneys for Defendants*

Date: August 4, 2026