**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

HENRY FORD HOSPITAL, HENRY FORD HEALTH JACKSON HOSPITAL, HENRY FORD ST. JOHN HOSPITAL, and HENRY FORD HEALTH WYANDOTTE HOSPITAL,

Plaintiffs,

v.

CVS HEALTH CORPORATION, CAREMARKPCS HEALTH, LLC, CAREMARK, LLC d/b/a CVS SPECIALTY, WELLPARTNER, LLC, and JOHN DOES 1-15,

Defendants.

Case No. 2:26-cv-12435

Hon. Matthew F. Leitman

Magistrate Judge Anthony P. Patti

**DEFENDANTS' INDEX OF UNPUBLISHED AUTHORITIES**

1. *AbbVie Incorporated v. Murrill*, 2026 WL 1947948 at *11 n.94 (5th Cir. July 6, 2026)
2. *Akinwusi v. Federal Home Loan Mortg Corp.*, 2013 WL 1282018, at *6 (E.D. Mich. Mar. 27, 2013)
3. *C And L Ward Bros Co v. Outsource Solutions Inc.*, 2013 WL 1282018, at *6 (E.D. Mich. Mar. 27, 2013)
4. *Church Ekklasia Sozo Inc. v. CVS Health Corp.*, 2013 WL 1282018, at *6 (E.D. Mich. Mar. 27, 2013)
5. *Dana Corp v. Blue Cross and Blue Shield Mut of Northern Ohio*, 1988 WL 156334, at *2 (N.D. Ohio Nov. 30, 1988)

6. *Dan's Excavating Inc. v. Michigan Department of Transportation*, 2024 WL 1597625, at *5 (Mich. App. Apr. 11, 2024)

7. *Empire Merchants LLC v. Reliable Churchill LLP*, 2017 WL 5559030, at *17 (E.D.N.Y. Mar. 16, 2017)

8. *General Motors LLC v. FCA US LLC*, 2020 WL 3833058, at *10 (E.D. Mich. July 8, 2020)

9. *Grand Traverse Band of Ottawa and Chippewa Indians v. Blue Cross Blue Shield of Michigan*, 2017 WL 3116262, at *8 (E.D. Mich. July 21, 2017)

10. *Heaton v. Bank of America Corp.*, 2011 WL 3112325, at *5 (E.D. Mich. July 26, 2011)

11. *Jesa Enterprises Ltd v. Thermoflex Corporation*, 2016 WL 4376176, at *4 (E.D. Mich. Aug. 17, 2016)

12. *Johnson Electric North America Inc. v. Daimay North America Automotive Inc.*, 2020 WL 1531727 , at *2 (E.D. Mich. Mar. 31, 2020)

13. *Jones v. US Department of Education*, 2013 WL 1282018, at *6 (E.D. Mich. Mar. 27, 2013)

14. *Kircher v. Boyne USA Inc*, 2026 WL 1947948, at *11 n.94 (5th Cir. July 6, 2026)

15. *Leonor v. Provident Life and Acc Co.*, 2013 WL 1163375, at *2–3 (E.D. Mich. Mar. 20, 2013)

16. *Moukalled v. Minnesota Mut Life Ins Co.*, 2013 WL 1282018, at *6 (E.D. Mich. Mar. 27, 2013)

17. *Rollison v. Kingsbury*, 2013 WL 1163375, at *2–3 (E.D. Mich. Mar. 20, 2013)

18. *Tashjian v. CVS Pharmacy Inc.*, 2020 WL 1931859, at *3-4 (D. Mass. Mar. 13, 2020)