UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Henry Ford Hospital, et. al,

Plaintiff(s),

v.

CVS Health Corporation, et. al,

Defendant(s).
_______________________________/

Case No. 26-12435

Honorable Susan K. DeClercq

United States District Judge

**SCHEDULING ORDER FOR CIVIL CASE (PHASE I)**

**You will not receive additional notice of these dates**. Some deadlines might be shorter than the Local Rules or Federal Rules provide. Unless noted otherwise, all time will be calculated under Civil Rule 6(a).

| **Event** | **Date** |
|---|---|
| Exchange of Rule 26(a)(1) Initial Disclosures | 10/12/2026 |
| Jointly Proposed Stipulated Protective Order and ESI Protocol submitted to Court | 10/12/2026 |
| Mid discovery status conference via Teams | 1/14/2027 at 2:00 p.m. |
| Pleading Amendment and Joinder Deadline | 2/28/2027 |
| Mid discovery status conference via Teams | 5/20/2027 at 1:00 p.m. |
| Mid discovery status conference via Teams | 9/21/2027 at 2:00 p.m. |
| Fact Discovery cutoff | 10/12/2027 |
| Plaintiff expert disclosures and reports due | 10/25/2027 |
| Defense expert disclosures and reports due | 12/6/2027 |
| Rebuttal disclosures due | 1/10/2028 |
| ADR to be completed by | 2/21/2028 |
| Phase II final Status/scheduling conference | 2/23/2028 at 1:30 p.m. |

As the case progresses, the parties are to continually review the Court's Civil Practice Guidelines found on the docket and on the Court's website.

**IT IS SO ORDERED**.

*s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 10, 2026