UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY FORD HOSPITAL, ET AL.,

Plaintiff,

v.

CVS HEALTH CORPORATION, ET AL.,

Defendant.
_________________________________/

Case No. 2:26-cv-12435

Honorable Susan K. DeClercq United States District Judge

**STIPULATED ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

The parties, by their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed a complaint in this action on July 16, 2026. ECF No. 1, PageID.1.

2. Defendants filed a motion to dismiss the complaint on August 7, 2026. ECF No. 19, PageID.165. Plaintiffs filed their response on August 27, 2026. Under Local Rule 7.1, Defendants' reply in support is currently due September 10, 2026.

3. With the consent of Plaintiffs, Defendants seek to extend the deadline to file a reply in support of their motion to dismiss to September 23, 2026.

4. This extension will conform the briefing schedule in this case with the briefing schedule in the related case *University of Michigan Hospitals & Health Centers v. CVS Health Corporation*, 2:26-cv-11618 (SKD-CI).

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 11, 2026

*/s/ Todd Mizeski*
Jonathan E. Levitt, Esq.
Matthew Modafferi, Esq.
Todd Mizeski, Esq.
**FRIER LEVITT LLC**
One World Trade Center
Suite 45E
285 Fulton Street
New York, NY 10007
Telephone: (646) 970-2711

84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973) 618-0650

*Attorneys for Plaintiffs*

*/s/ Roger P. Meyers*
Roger P. Meyers (P73255)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Tel./Fax: (248) 822-7800
meyers@bsplaw.com

Grant A. Geyerman, Esq.
Joseph S. Sandoval-Bushur, Esq.
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ggeyerman@wc.com
jsandoval-bushur@wc.com
*Attorneys for Defendants*